**Wayne D. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64771.**

Missouri Court of Appeals, Western District.

Sept. 27, 2005.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., joins on the briefs, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Wayne Douglas Jones appeals the denial of his Rule 24.035 motion in which he claimed ineffective assistance of counsel. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).